**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JACOB BALLI,<br><br>　　　　Petitioner,<br><br>　v.<br><br>WARDEN, FCI-MENDOTA,<br><br>　　　　Respondent. | No. 1:25-cv-01071 JLT SKO (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(Doc. 5)<br><br>ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE |

On September 2, 2024, the assigned Magistrate Judge issued Findings and Recommendations to dismiss the petition for failure to exhaust administrative remedies and failure to state a claim for relief. (Doc. 5.) The Court served the Findings and Recommendations on Petitioner and notified him that any objections were due within 21 days. (Doc. 5.) The Court advised him that the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Petitioner did not file objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.

In the event a notice of appeal is filed, a certificate of appealability will not be required

1

1 because this is not a final order in a habeas proceeding in which the detention complained of arises out of process issued by a state court. *Forde v. U.S. Parole Commission*, 114 F.3d 878 (9th Cir. 1997); *see Ojo v. INS*, 106 F.3d 680, 681-682 (5th Cir. 1997); *Bradshaw v. Story*, 86 F.3d 164, 166 (10th Cir. 1996). Based upon the foregoing, the Court **ORDERS**:

    1.    The Findings and Recommendations issued on September 2, 2025, (Doc. 5), are **ADOPTED** in full.

    2.    The petition for writ of habeas corpus is **DISMISSED** with prejudice.

    3.    The Clerk of Court is directed to enter judgment and close the case.

    4.    In the event a notice of appeal is filed, no certificate of appealability is required.

This order terminates the action in its entirety.

IT IS SO ORDERED.

Dated: **October 10, 2025**

UNITED STATES DISTRICT JUDGE